UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION | Case No. 2:20-md-02973 (BRM)(ESK)<br><br>MDL No. 2973<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE EDWARD S. KIEL |

## ATTACHMENT A - DESIGNATION OF FORUM

Plaintiff(s) file this Designation of Forum pursuant to CMO No. 6 and are to be bound by the rights, protections and privileges and obligations of that CMO. Consistent with that CMO, Plaintiff(s) state as follows:

### CASE IDENTIFICATION

1. Party that ingested Elmiron *(name only one)*: Nathan Pennington

2. Case Caption: Pennington v. Janssen Pharmaceuticals, Inc. et al, District of New Jersey

### JURISDICTION AND VENUE

3. Basis for jurisdiction:

   ☒ Diversity of citizenship

   ☐ Other: _____
   *(The basis of any additional ground for jurisdiction must be pled in sufficient detail in the complaint as required by the applicable Federal Rules of Civil Procedure.)*

4. Federal district and division in which the action would have been brought but for CMO 6 permitting direct filing in MDL-2973 ("Designated Forum"): _____
   USDC for the Eastern District of Kentucky - Pikeville Division
   *(Pursuant to CMO No. 6, the Designated Forum shall be the presumptive place of remand absent a showing by Plaintiffs or Defendants that the place of remand should be elsewhere.)*

1

2

Date:    6/15/2022

RESPECTFULLY SUBMITTED,

   /s/ Paul J. Pennock
*(Signature)*

MORGAN & MORGAN
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Phone: (212) 738-6839
Fax: (813) 222-2439
Email: ppennock@forthepeople.com
*Attorney for Plaintiff*

*(Attorney Information: Name, Law Firm, Address, Phone Number, Email)*